William C. Hubbell and First National Bank of Libertyville, appellees, v. Mary C. DeVault et al., appellants.   Gen. No. 8,761.

Heard in this court at the February term, 1934. Opinion filed April 25, 1934.

Clyde L. Todd and John V. Mooradian, for appellants.   Paul MacGuffin, for appellees.

Mr. Justice Huffman delivered the opinion of the court.

Jacob Draves, appellee, v. Galesburg Horse and Mule Company et al., appellant.   Gen. No. 8,771.

Heard in this court at the February term, 1934. Opinion filed April 25, 1934.

. Burrel Barash, for appellant; Louis Gard, of counsel.   Leo P. Baird, for appellee.

Mr. Justice Huffman delivered the opinion of the court.

H. F. Gehant Banking Company, appellee, v. M. Bradshaw and Mae Bradshaw, appellants.   Gen. No. 8,776.

Heard in this court at the February term, 1934. Opinion filed April 25, 1934.

William H. Winn and Fremont Mordecai Kaufman, for appellants. Clyde Smith, for appellee.

Mr. Justice Huffman delivered the opinion of the court.

Antonia Burcar, appellee, v. Albert L. Roberts, appellant.   Gen. No. 8,411.

Heard in this court at the October term, 1932. Opinion filed April 25, 1934.

Arthur H. Shay, for appellant.   Elmer J. Mohan and Butters & Butters, for appellee.

Per curiam.

## THIRD DISTRICT.

Lula A. Black, appellee, v. William T. Barton et al., appellants. Gen. No. 8,791.

Heard in this court at the October term, 1933. Opinion filed April 11, 1934.

Cavanagh, Lamet & Irwin, for appellants; Wm. H. Hartzell, of counsel.   Walter I. Manny and John E. Wall, for appellee.

Mr. Justice Davis delivered the opinion of the court.